UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

John Doe

    Plaintiff,

v.

Case No.: 1:20−cv−03720

Honorable Steven C. Seeger

The Individuals, Corporations, Limited Liability Companies, Partnerships and Unincorporated Associations Identified on Schedule A Hereto, et al.

    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 13, 2022:

    MINUTE entry before the Honorable Steven C. Seeger: Defendant Guanghou Dcr Tuning Trade Co.'s motion to vacate the default judgment (Dckt. No. [62]) is hereby denied. Memorandum Opinion and Order to follow. Judge Norgle did not enter judgment, so there is no judgment to vacate. The Court directs Plaintiff's counsel to submit a Word version of a proposed judgment to the proposed order inbox by October 18, 2022. The terms of the judgment must be consistent with the terms in the Order previously entered by Judge Norgle on June 30, 2021. (Dckt. No. [51]) Plaintiff's counsel must attach an updated list of the remaining Schedule A defendants. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.